### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| AMBULATORY INFUSION THERAPY SPECIALISTS, INC., | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-05-4389 |
| AETNA LIFE INSURANCE COMPANY and PRUDENTIAL INSURANCE CO., | § § § § | |
| Defendants. | § | |

### FINAL JUDGMENT

Based on the Memorandum and Opinion entered on January 30, 2007, dismissing with prejudice the plaintiff's negligent misrepresentation and promissory estoppel claims, and the Memorandum and Order of August 29, 2006, dismissing with prejudice the plaintiff's breach of contract claim, this court now enters final judgment that the plaintiff, Ambulatory Infusion Therapy Specialists, Inc., take nothing as to its claims against Aetna Life Insurance Company and Prudential Insurance Company of America. This civil action is dismissed, with prejudice.

Ambulatory Infusion Therapy Specialists, Inc. is to pay costs of court under Rule 54(d)(1). This is a final judgment.

SIGNED on January 30, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge